

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:        01-13-00825-CR

Style:        William Hernandez

        v The State of Texas

Date motion filed*:        March 10, 2014

Type of motion:        Motion to substitute attorney and motion for extension

Party filing motion:        Appellant

Document to be filed:

Is appeal accelerated?     No

If motion to extend time:

        Original due date:        January 3, 2014

        Number of previous extensions granted:    0        Current Due date: January 3, 2014

        Date Requested:        N/A

Ordered that motion is:

    ☑   Granted

        If document is to be filed, document due:  April 24, 2014

        ☑     Absent extraordinary circumstances, the Court will not grant motions to extend time

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

   **Appellant has filed a motion to substitute attorney, which is granted.  The Clerk of this Court is ordered to substitute attorney Kurt B. Wentz for Ann Lee Mosley as appellant's counsel of record.  Appellant also requests that the Court provide a new briefing schedule for this case.  The Court will construe this request as a motion for extension to file appellant's brief.  Appellant's brief was due January 3, 2014.  Appellant is ordered to file appellant's brief no later than April 24, 2014.  *See* TEX. R. APP. P. 10.5(b), 38.6(d).**

Judge's signature:   /s/ <u>Justice Evelyn V. Keyes</u>
               ☒ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date:  March 13, 2013